Keith Gutstein (KG-2454)
Kaufman Dolowich Voluck & Gonzo LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 681-1100
Facsimile: (516) 681-1101
*Attorneys for Defendants Franklin Square Noodle, Inc. and Sheng Jie Shao*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 22 2010 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TING SANG, on behalf of himself and others similarly situated,

                      Plaintiff,

    -against-

FRANKLIN SQUARE NOODLE, INC. and
SHENG JIE SHAO

                      Defendants.
-----------------------------------------------------------X

09-CV-3616
(J. Spatt) (M.J. Wall)

**STIPULATION AND ORDER OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for their respective clients that, whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of this action, the above captioned action is hereby discontinued with prejudice as to all claims and counterclaims and without costs to any party.

    This Stipulation may be filed with the court without any further notice.

Dated: Woodbury, New York
        January 19, 2010

Kaufman Dolowich Voluck & Gonzo LLP
Attorneys for Defendants

By: _____
Keith Gutstein (KG – 2454)
135 Crossways Park Drive, Ste. 201
Woodbury, New York 11797
(516) 681-1100

Case Closed
So Ordered:

_____
U.S.D.J.
1/22/10

ND: 4812-9851-0592, v. 1

Krascinick & Lee, PLLC
Attorneys for Plaintiffs

By: _____
C.K. Lee, Esq. (CL-4086)
40 Wall Street, 28th Floor
New York, New York 10005
(212) 400-7160